NTN Bearing Corp. of America and NTN Kugellagerfabrik (Deutschland) GMBH, plaintiffs v. United States, U.S. Department of Commerce, and Robert Mosbacher, Secretary, U.S. Department of Commerce, et al., defendants, and Federal-Mogul Corp., et al., defendant-intervenors

## ORDER

Tsoucalas, *Judge:* Upon the motion of plaintiffs, the consent of all the parties to this action, and upon all other papers filed and proceedings had herein, it is hereby

Ordered this case be and hereby is dismissed.